**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CAROLYN R. JOHNSON, ET AL. | CIVIL ACTION NO. 07-0022 |
| versus | JUDGE HICKS |
| PUBLIC SERVICE COMMISSION, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss [Doc. No. 7] is **GRANTED** and this civil action is **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 9th day of April, 2007.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE